# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KERRY R. HOLDEN,<br>　　　Plaintiff | )<br>)<br>) |
| vs. | ) CIV-09-1249-C<br>) |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br>　　　Defendant. | )<br>)<br>)<br>)<br>) |

## JUDGMENT AND ORDER OF REMAND

Before the Court is Defendant's Unopposed Motion To Reverse and Remand for Further Administrative Proceedings (Doc. No. 22). On examination of Defendant's Motion and review of the file, the Court finds:

1. Judgment should be entered reversing the Commissioner's decision and remanding this case to Defendant for further administrative action pursuant to sentence four (4) of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

2. On remand, the Administrative Law Judge (ALJ) will:

   a. Hold a *de novo* hearing;

   b. Reevaluate and weigh the opinion of Plaintiff's treating physician and provide sufficiently specific reasons for the weight assigned to the opinion;

   c. Perform a proper analysis of the physical and mental requirements of Plaintiff's past relevant work and comparison of those requirements with Plaintiff's residual functional capacity in order to determine whether she can perform past relevant work;

   d. Obtain vocational testimony regarding Plaintiff's ability to perform other work based on a proper hypothetical question that accurately reflects Plaintiff's residual functional capacity; and

   e. Issue a new decision.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated this <u>4th</u> day of <u>August</u>, 2010.

_____
ROBIN J. CAUTHRON
United States District Judge